# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Rusty Charles Snodgrass,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Commercial Recovery Systems,<br>Clemon Lee, Robert Marano<br>　and Jesse Delrio,<br><br>　　　　　　　　　　　　Defendants. | Case No. 4:10-cv-00261<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorney, and the Defendants and their attorney, that the above-entitled action against Defendants, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: October 27, 2011

**NANCY L. THOMPSON LAW OFFICE, P.C.**

By: */s/ Nancy L. Thompson*
Attorney for Plaintiff
The Saddlery Building
309 Court Avenue, Suite 217
Des Moines, Iowa 50309
(515) 875-4850 (telephone)
(515) 875-4851 (facsimile)
nthompson@thompsonlawoffice.net

Dated: October 27, 2011

**DAVIS BROWN KOEHN SHORS ROBERTS P.C.**

By: _____
Attorney for Defendants
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309
(515) 288-2500 (telephone)
(515) 471-7855 (facsimile)
ChrisJannes@davisbrownlaw.com